**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br>v.<br><br>TUNDE BENAK<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-cv-02077-MCS-SK<br><br>---<br><br>**ORDER TRANSFERRING CIVIL ACTION** |

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge

_____FERNANDO L. AENLLE-ROCHA_____ for all further proceedings.

| June 23, 2026 | |
|---|---|
| Date | United States District Judge |

| June 23, 2026 | Mark C. Scarsi |
|---|---|
| Date | United States District Judge |

**NOTICE TO COUNSEL FROM CLERK**

On all documents subsequently filed in this case, please substitute the initials _____FLA_____ after the case number, so that the case number will read _____2:26-cv-02077-FLA-SK_____. This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-29 (06/23)                    ORDER TRANSFERRING CIVIL ACTION