TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0721
Facsimile: (213) 894-0141
E-mail: John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TUNDE BENAK,<br><br>A Fugitive from the Government of the Republic of Germany. | No. 2:26-cv-02077-FLA-SK<br><br>[Proposed] ORDER |

For good cause shown, IT IS HEREBY ORDERED THAT the Complaint for Provisional Arrest with a View Toward Extradition (18 U.S.C. § 3184), the Arrest Warrant, and Request for Certification of Extradition in the above-captioned matter are HEREBY DISMISSED. IT IS FURTHER ORDERED THAT all bond conditions are VACATED.

IT IS SO ORDERED.

______________________
DATE

______________________
THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE

Respectfully presented by:

*/s/ John J. Lulejian*

JOHN J. LULEJIAN
Assistant United States Attorney