**JS-6**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

TUNDE BENAK,

A Fugitive from the Government of the Republic of Germany.

No. 2:26-cv-02077-FLA-SK

**ORDER GRANTING GOVERNMENT'S EX PARTE APPLICATION FOR DISMISSAL OF COMPLAINT AND REQUEST FOR CERTIFICATION OF EXTRADITION [57]**

For good cause shown, IT IS ORDERED THAT the Complaint for Provisional Arrest with a View Toward Extradition, the Arrest Warrant, and Request for Certification of Extradition in the above-captioned matter are DISMISSED. All deadlines are VACATED. IT IS FURTHER ORDERED THAT bond is exonerated and the Clerk shall release any cash or property deposited as security. The Clerk is instructed to close this case.

IT IS SO ORDERED.

November 9, 2026
DATE

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE